UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

**Order Filed on May 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jennie A. Tumminello,

Debtor.

Case No.:  19-16297 CMG
Adv. No.:
Hearing Date:  6/5/19 @ 10:00 a.m.

Judge:  Christine M. Gravelle

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: May 30, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

Debtors:            Jennie A. Tumminello
Case No.:           19-16297 CMG
Caption:            **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor PNC Bank, National Association, holder of a mortgage on real property located at 27 Oakwood Place, Keansburg, NJ, 07734, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Candyce Illene Smith-Sklar, Esquire, attorney for Debtor, Jennie A. Tumminello, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that stay is vacated as of June 1, 2019 for property located at 27 Oakwood Place, Keansburg, NJ, 07734; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.