| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>WNI 19-025702<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Charles G. Wohlrab, Esq. 016592012<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | Order Filed on June 20, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>JENNIE A TUMMINELLO, DEBTOR | CASE NO.: 19-16297-CMG<br><br>HEARING DATE: JUNE 5, 2019<br><br>JUDGE: HONORABLE CHRISTINE M GRAVELLE |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: June 20, 2019

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by Candyce Ilene Smith-Sklar, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 213 Blaine Avenue, Seaside Heights, NJ 08751.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $31,745.41; as evidenced in Secured Creditor's Proof of Claim 8-1 filed on May 30, 2019.

3. Debtor(s) agrees to incorporate this amount, $31,745.41, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $2,179.15.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on April 24, 2019; ECF Doc.:15.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____        Date: 6-18-19
JEFFREY RAPPAPORT, ESQ.
Attorney for the Secured Creditor

_____        Date: June 17, 2019
Candyce Ilene Smith-Sklar, Esquire
Attorney for the Debtor