UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 19-025702
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
ATTORNEYS FOR WELLS FARGO BANK, N.A.

IN RE:

JENNIE A TUMMINELLO, DEBTOR

Order Filed on June 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 19-16297-CMG

HEARING DATE: JUNE 5, 2019

JUDGE: HONORABLE CHRISTINE M GRAVELLE

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 20, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by Candyce Ilene Smith-Sklar, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 213 Blaine Avenue, Seaside Heights, NJ 08751.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $31,745.41; as evidenced in Secured Creditor's Proof of Claim 8-1 filed on May 30, 2019.

3. Debtor(s) agrees to incorporate this amount, $31,745.41, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $2,179.15.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on April 24, 2019; ECF Doc.:15.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____          Date: 6-18-19
JEFFREY RAPPAPORT, ESQ.
Attorney for the Secured Creditor

_____          Date: June 17, 2019
Candyce Ilene Smith-Sklar, Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-16297-CMG
Jennie A Tumminello                                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Jun 20, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
db             +Jennie A Tumminello,    213 Blaine Avenue,    Seaside Heights, NJ 08751-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Jennie A Tumminello mail@njpalaw.com,
               r56958@notify.bestcase.com
              Charles G. Wohlrab    on behalf of Creditor   Wells Fargo Bank, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey  Rappaport    on behalf of Creditor   Wells Fargo Bank, N.A. jrappaport@logs.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 8