Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                     Case No.:  19−16297−CMG
                     Chapter:  13
                     Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennie A Tumminello
   213 Blaine Avenue
   Seaside Heights, NJ 08751

Social Security No.:
   xxx−xx−9646

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION
## OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

     Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: June 24, 2019
JAN: admi

                                                                                                        Jeanne Naughton
                                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jennie A Tumminello  
    Debtor

Case No. 19-16297-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Jun 24, 2019  
                  Form ID: finmgtc   Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.
db             +Jennie A Tumminello,    213 Blaine Avenue,    Seaside Heights, NJ 08751-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 25 2019 00:19:30      U.S. Attorney,   970 Broad St.,    Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 25 2019 00:19:26      United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,    Newark, NJ  07102-5235
                                                                                                                  TOTAL: 2

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Candyce Ilene Smith-Sklar     on behalf of Debtor Jennie A Tumminello mail@njpalaw.com, r56958@notify.bestcase.com
      Charles G. Wohlrab     on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Denise E. Carlon     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jeffrey Rappaport     on behalf of Creditor    Wells Fargo Bank, N.A. jrappaport@logs.com
      Kevin Gordon McDonald     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                TOTAL: 8