UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 19-025702
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
ATTORNEYS FOR WELLS FARGO BANK, N.A.

IN RE:

JENNIE A TUMMINELLO, DEBTOR

Order Filed on January 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 19-16297-CMG

JUDGE: HONORABLE CHRISTINE M GRAVELLE

CHAPTER: 13

## ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: January 30, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Wells Fargo Bank, N.A., hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtor to make post-petition payments on a mortgage obligation and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1.      As of the date of filing the underlying Motion to Vacate Stay (ECF Doc.: 31), Debtor was delinquent in a post-petition payment obligation to Secured Creditor.

2.      As of the date of entry of this Order, Debtor has brought post-petition payments for this account with Secured Creditor current through the month of December 1, 2019.

3.      Starting January 1, 2020, Debtor agrees to maintain all contractually due payments to Secured Creditor, which currently amount to $2,211.12.

4.      Payments should be submitted to the Secured Creditor via Certified Check to the below address:

> Wells Fargo Home Mortgage
> PO Box 14507
> Des Moines, IA 50306

5.      If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order.  If the default is not cured within ten (10) days of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 19-16297-CMG
Jennie A Tumminello                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1          Date Rcvd: Jan 30, 2020
                       Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.
db        +Jennie A Tumminello,   213 Blaine Avenue,   Seaside Heights, NJ 08751-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:
            Albert   Russo    docs@russotrustee.com
            Candyce Ilene Smith-Sklar    on behalf of Debtor Jennie A Tumminello mail@njpalaw.com,
      r56958@notify.bestcase.com
            Charles G. Wohlrab     on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@LOGS.com,
      njbankruptcynotifications@logs.com
            Denise E. Carlon     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
            Jeffrey   Rappaport     on behalf of Creditor    Wells Fargo Bank, N.A. jrappaport@logs.com,
      njbankruptcynotifications@logs.com
            Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
      kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
            William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                            TOTAL: 8