| | |
|---|---|
| Office Mailing Address:<br>Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ  08650 | Send Payments **ONLY** to:<br>Albert Russo, Trustee<br>PO Box 933<br>Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
### Chapter 13 Case No. 19-16297 / CMG

Jennie A Tumminello

Petition Filed Date: 03/28/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 08/07/2019

Case Status: Open / Confirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/04/2019 | $400.00 | 57601670 | 05/14/2019 | $400.00 | 5000354133 | 06/05/2019 | $400.00 | 5000354141 |
| 10/22/2019 | $1,810.00 | 62699290 | 12/27/2019 | $905.00 | 64261050 | | | |

**Total Receipts for the Period: $3,915.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $4,915.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jennie A Tumminello | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,699.35 | $0.00 | $5,699.35 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,145.27 | $0.00 | $1,145.27 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BAYSHORE | Unsecured Creditors | $150.00 | $0.00 | $150.00 |
| 4 | PNC BANK, NA<br>»» NP/27 OAKWOOD PLACE/1ST MTG/SV 5/30/19 | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 5 | Stuart-Lippman and Associates, Inc<br>»» MASSACHUSETTS MUTUAL LIFE INSURANCE | Unsecured Creditors | $1,014.30 | $0.00 | $1,014.30 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $1,879.19 | $0.00 | $1,879.19 |
| 7 | Wells Fargo Card Services | Unsecured Creditors | $1,388.19 | $0.00 | $1,388.19 |
| 8 | WELLS FARGO BANK, N.A.<br>»» P/213 BLAINE AVE/1ST MTG/CONSENT ORDER 6/20/19 | Mortgage Arrears | $31,745.41 | $478.35 | $31,267.06 |
| 9 | LVNV FUNDING LLC<br>»» CEDIT ONE | Unsecured Creditors | $692.70 | $0.00 | $692.70 |
| 10 | SANTANDER CONSUMER USA INC<br>»» 2010 JEEP WRANGLER CRAM | Debt Secured by Vehicle | $11,093.85 | $167.17 | $10,926.68 |
| 11 | Midland Funding<br>»» JUDGMENT DC-000269-17/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10010 | SANTANDER CONSUMER USA INC<br>»» Split Claim 2010 JEEP WRANGLER/CRAM BAL | Unsecured Creditors | $6,992.87 | $0.00 | $6,992.87 |

**Chapter 13 Case No. 19-16297 / CMG**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,915.00 | Plan Balance: | $46,060.00 ** |
| Paid to Claims: | $3,645.52 | Current Monthly Payment: | $905.00 |
| Paid to Trustee: | $341.48 | Arrearages: | $1,715.00 |
| Funds on Hand: | $928.00 | Total Plan Base: | $50,975.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**