# UNITED STATES BANKRUPTCY COURT
## District of New Jersey (Trenton)

| | |
|---|---|
| In re | Case No. 19-16297-CMG |
| Jennie A Tumminello | Chapter 13 |
| Debtor. | |

**NOTICE OF WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**
**(CLAIM 8)**

Creditor, Wells Fargo Bank, N.A., hereby withdraws its Notice of Postpetition Mortgage Fees, Expenses and Charges with respect to Claim No. 8, filed in the above-entitled matter on 08/22/2019.

Dated: 03/06/2020

Respectfully submitted,

/s/ Gwendolyn Carmichael McClain

VP Loan Documentation
Wells Fargo Bank, N.A.
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700
P: 800-274-7025
E: 180DayInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

District of New Jersey (Trenton)

Chapter 13 No. 19-16297
Judge: Judge Christine M. Gravelle

In re:

Jennie A Tumminello

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before March 06, 2020, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

Debtor:       By U.S. Postal Service First Class Mail Postage Prepaid:

Jennie A Tumminello
213 Blaine Avenue
Seaside Heights, NJ 08751

Debtor's Attorney:    By U.S. Postal Service First Class Mail Postage Prepaid:

Candyce Ilene Smith-Sklar
Law Offices of Sklar Smith-Sklar
1901 North Olden Avenue
Ewing Prosfessional Park Suite 22
Ewing, NJ 08618

Trustee:      By U.S. Postal Service First Class Mail Postage Prepaid:

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)