Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–16297–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jennie A Tumminello
  213 Blaine Avenue
  Seaside Heights, NJ 08751

Social Security No.:
  xxx–xx–9646

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 5/6/20 at 09:00 AM

to consider and act upon the following:

*37* − Creditor's Certification of Default (related document:33 Order on Motion For Relief From Stay) filed by Charles G. Wohlrab on behalf of Wells Fargo Bank, N.A.. Objection deadline is 04/14/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Wohlrab, Charles)

Dated: 4/15/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court