Case 19-16297-CMG    Doc 44    Filed 05/22/20    Entered 05/22/20 08:36:56    Desc Main
Document      Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☐ Withdrawn

Matter: _____

_____

Date: _____    _____
                                Signature

*rev.8/1/15*