UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:  _____

Chapter:  _____

Hearing Date:  _____

Judge:  _____

## AMENDED STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☐ Withdrawn

Matter: _____

_____

Date      _____                    _____

Signature

*rev.8/1/15*