Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19–16297–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennie A Tumminello
   213 Blaine Avenue
   Seaside Heights, NJ 08751

Social Security No.:
   xxx–xx–9646

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 12, 2019.

On 08/09/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                  September 16, 2020
Time:                  10:00 AM
Location:              Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 11, 2020
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-16297-CMG
Jennie A Tumminello                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Aug 11, 2020
                             Form ID: 185          Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
db              +Jennie A Tumminello,   213 Blaine Avenue,   Seaside Heights, NJ 08751-2312
518149057       +Allied Digestive Health,   187 Route 36, Suite 230,   West Long Branch, NJ 07764-1306
518149059        American Express,   PO Box 981535,   El Paso, TX 79998-1535
518251421        American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                  Malvern  PA 19355-0701
518149060       +Amex,  Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
518149061       +Amex/Bankruptcy,  Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
518149062       +Bank Of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
518149063       +Bricktown Medical Group PA,   34 Lanes Mill Road,   Brick, NJ 08724-7056
518149066       +ChaseHealthAdvance,  Attn: Bankruptcy,   1717 Hermitage Blvd Ste 101,
                  Tallahassee, FL 32308-7709
518149067       +Citibank/The Home Depot,  Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                  St Louis, MO 63179-0034
518149068       +Citicards Cbna,   Citi Bank,   Po Box 6077,   Sioux Falls, SD 57117-6077
518149075       +ENT and Allergy Associates, LLP,   PO Box 5001,   White Plains, NY 10602-5001
518149080       +MRS BPO LLC,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
518149082       +NYU Transplant Associates-White Building,   317 East 34th St, 8th Flr,
                  New York, NY 10016-4910
518149081       +New York University,  PHysician Services,   PO Box 415662,   Boston, MA 02241-5662
518149084       +PNC Bank,  c/o KML Law Group, PC,   216 Haddon Ave., STE 406,   Collingswood, NJ 08108-2812
518236890       +PNC Bank, N.A.,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
518149083       +Pnc Bank,  Attn: Bankruptcy Department,   Po Box 94982: Ms: Br-Yb58-01-5,
                  Cleveland, OH 44101-4982
518149085       +Pnc Mortgage,  Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
518149086       +Santander Consumer USA,  Attn: Bankruptcy,   Po Box 961245,   Fort Worth, TX 76161-0244
518283902       +Santander Consumer USA Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284
518149088        Stuart Lippman & Associ,   5441 E 5th St Ste 110,   Tucson, AZ 85711
518251454       +Stuart Lippman & associ,   5447 E 5th St Ste 110,   Tucson, AZ 85711-2345
518149091       +Visa Dept Store National Bank/Macy's,  Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
518149092       ++WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC X2303-01A,   DES MOINES IA 50328-0001
                  (address filed with court: Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
                  Greenville, SC 29606)
518149093       +Wells Fargo Bank, N.A.,   c/o Powers Kirn, LLC,   728 Marne Highway,   Suite 200,
                  Moorestown, NJ 08057-3128
518256074        Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
518272523        Wells Fargo Bank, N.A.,  Attn: Default Document Processing,   MAC# N9286-01Y,
                  1000 Blue Gentian Road,   Eagan, MN 55121-7700
518149094       +Wells Fargo Dealer Services,  Attn: Bankruptcy,   Po Box 19657,   Irvine, CA 92623-9657
518149095       +Wells Fargo Home Mortgage,  Attn: Bankruptcy,   Po Box 10335,   Des Moines, IA 50306-0335
518149074       +eMedical Offices Middletown,   PO Box 6143,   Parsippany, NJ 07054-7143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 12 2020 00:17:11   U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2020 00:17:09   United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518149058       +E-mail/Text: bnc@alltran.com Aug 12 2020 00:16:33   Alltran Financial,   P.O. Box 722929,
                  Houston, TX 77272-2929
518149064       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 12 2020 00:13:28   Capital One,
                  Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518173333       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 12 2020 00:24:41
                  Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518149069       +E-mail/Text: mediamanagers@clientservices.com Aug 12 2020 00:16:12
                  Client Services Incorporated,   3451 Harry S Truman Blvd,   Saint Charles, MO 63301-9816
518149070       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 12 2020 00:16:52
                  Comenity Bank/New York & Company,  Attn: Bankruptcy Dept,   Po Box 182125,
                  Columbus, OH 43218-2125
518149071       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 12 2020 00:16:52   Comenitycapital/lndclb,
                  Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
518149072       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 12 2020 00:13:29   Credit One Bank,
                  Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
518162267        E-mail/Text: mrdiscen@discover.com Aug 12 2020 00:16:24   Discover Bank,
                  Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
518149073       +E-mail/Text: mrdiscen@discover.com Aug 12 2020 00:16:24   Discover Financial,   Po Box 3025,
                  New Albany, OH 43054-3025
518149076        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Aug 12 2020 00:16:07
                  Gateway One Lending & Finance,   175 North Riverview Drive,   Suite 100,   Anaheim, CA 92808
518149065       +E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 12 2020 00:13:25   Chase Card Services,
                  Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850
518274537        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2020 00:13:35   LVNV Funding, LLC,
                  Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Aug 11, 2020
                             Form ID: 185              Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
518149077        E-mail/Text: camanagement@mtb.com Aug 12 2020 00:16:49      M&T Credit Services,
                 Legal Document Processing,    1100 Wherle Dr,    Williamsville, NY 14221
518149079       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 12 2020 00:17:08      Midland Funding,
                 2365 Northside Drive  STE 30,    San Diego, CA 92108-2709
518149078       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 12 2020 00:17:08      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518800467        E-mail/Text: bnc-quantum@quantum3group.com Aug 12 2020 00:17:01
                 Quantum3 Group LLC as agent for,   Wollemi Acquisitions LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
518205447        E-mail/Text: bnc-quantum@quantum3group.com Aug 12 2020 00:17:01
                 Quantum3 Group LLC as agent for,   CF Medical LLC,    PO Box 788,   Kirkland, WA  98083-0788
518800468       +E-mail/Text: bnc-quantum@quantum3group.com Aug 12 2020 00:17:01
                 Quantum3 Group LLC as agent for,   Wollemi Acquisitions LLC,    PO Box 788,
                 Kirkland, WA 98083-0788,   Quantum3 Group LLC as agent for,
                 Wollemi Acquisitions LLC 98083-0788
518149087       +E-mail/Text: newyork.bnc@ssa.gov Aug 12 2020 00:17:31      Social Security Adminstration,
                 Office of Regional Commissioner,   26 Federal Plaza  Rm 40-120,   New York, NY 10278-4199
518151705       +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2020 00:13:21      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518149089       +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2020 00:13:48      Synchrony Bank/ HH Gregg,
                 Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
518149090       +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2020 00:12:56      Synchrony Bank/Care Credit,
                 Attn:  Bankruptcy Dept,   Po Box 965061,   Orlando, FL 32896-5061
                                                                                      TOTAL: 24

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
         Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
         Albert  Russo   docs@russotrustee.com
         Candyce Ilene Smith-Sklar   on behalf of Debtor Jennie A Tumminello mail@njpalaw.com,
          r56958@notify.bestcase.com
         Denise E. Carlon   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Elizabeth L. Wassall   on behalf of Creditor   Wells Fargo Bank, N.A. ewassall@logs.com,
          njbankruptcynotifications@logs.com
         Jeffrey Rappaport   on behalf of Creditor   Wells Fargo Bank, N.A. jrappaport@logs.com,
          njbankruptcynotifications@logs.com
         Kevin Gordon McDonald   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
          kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
         William M. E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
         William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                      TOTAL: 10
```