| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-16297 / CMG**

Jennie A Tumminello

Petition Filed Date: 03/28/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 08/07/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/07/2020 | $1,000.00 | 65461960 | 02/14/2020 | $905.00 | 65610230 | 05/05/2020 | $1,800.00 | 67696330 |
| 08/10/2020 | $2,500.00 | 69996000 | 09/11/2020 | $278.00 | 70789280 | 09/15/2020 | $2,200.00 | 70872640 |
| 09/17/2020 | ($278.00) | 70789280 | 10/08/2020 | $271.50 | 600102314 | 10/27/2020 | $1,852.50 | 921644 |
| 12/02/2020 | $900.00 | | 01/25/2021 | $1,800.00 | | | | |

**Total Receipts for the Period:  $13,229.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $17,144.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jennie A Tumminello | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,699.35 | $0.00 | $5,699.35 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,145.27 | $0.00 | $1,145.27 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BAYSHORE | Unsecured Creditors | $150.00 | $0.00 | $150.00 |
| 4 | PNC BANK, NA<br>»»  NP/27 OAKWOOD PLACE/1ST MTG/SV 5/30/19 | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 5 | Stuart-Lippman and Associates, Inc<br>»»  MASSACHUSETTS MUTUAL LIFE INSURANCE | Unsecured Creditors | $1,014.30 | $0.00 | $1,014.30 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $1,879.19 | $0.00 | $1,879.19 |
| 7 | Wells Fargo Card Services | Unsecured Creditors | $1,388.19 | $0.00 | $1,388.19 |
| 8 | WELLS FARGO BANK, N.A.<br>»»  P/213 BLAINE AVE/1ST MTG/CONSENT ORDER 6/20/19 | Mortgage Arrears | $31,745.41 | $8,227.64 | $23,517.77 |
| 9 | LVNV FUNDING LLC<br>»»  CEDIT ONE | Unsecured Creditors | $692.70 | $0.00 | $692.70 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  2010 JEEP WRANGLER CRAM/SANTANDER | Debt Secured by Vehicle | $11,093.85 | $2,875.26 | $8,218.59 |
| 11 | Midland Funding<br>»»  JUDGMENT DC-000269-17/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10010 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  2010 JEEP WRANGLER/CRAM BAL/SANTANDER | Unsecured Creditors | $6,992.87 | $0.00 | $6,992.87 |

**Chapter 13 Case No. 19-16297 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,144.00 | Plan Balance: | $38,068.00 ** |
| Paid to Claims: | $14,102.90 | Current Monthly Payment: | $679.00 |
| Paid to Trustee: | $1,350.90 | Arrearages: | ($3,629.00) |
| Funds on Hand: | $1,690.20 | Total Plan Base: | $55,212.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**