UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CGG 19-025702
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I

In Re:

JENNIE A. TUMMINELLO,
                DEBTOR

Case No.: 19-16297-CMG

Judge: HONORABLE CHRISTINE M GRAVELLE

Chapter: 13

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I | WELLS FARGO BANK, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Carrington Mortgage Services, LLC
P.O. Box 3730
Anaheim, CA 92806

Court Claim # (if known):  8

Amount of Claim: $235,856.23
Date Claim Filed: May 30, 2019

Phone: 800-561-4567 (Customer Service)
Last Four Digits of Acct #: 8601

Phone: 800-274-7025
Last Four Digits of Acct #: 9374

Name and Address where transferee payments
Should be sent (if Different from above):
Carrington Mortgage Services, LLC
P.O. Box 3730
Anaheim, CA 92806
  Phone: 800-561-4567 (Customer Service)
Last Four Digits of Acct #: 8601

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
  By: /s/Elizabeth L. Wassall                                          Date:  May 5, 2021
Elizabeth L. Wassall - 023211995

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CGG 19-025702
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
ATTORNEYS FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I

In Re:

JENNIE A. TUMMINELLO,
      DEBTOR

Case No.: 19-16297-CMG

Judge: HONORABLE CHRISTINE M GRAVELLE

Chapter: 13

**CERTIFICATION OF SERVICE**

I, the undersigned

1. ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Elizabeth L. Wassall, Esquire, who represents the Secured Creditor in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __05/05/2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Transfer of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                 Signature

Dated: __05/05/2021__        __/s/ Tamia Reid__
                 Printed Name

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Candyce Ilene Smith-Sklar<br>Law Offices of Sklar Smith-Sklar<br>1901 North Olden Avenue<br>Suite 22<br>Ewing, NJ 08618 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Jennie A. Tumminello<br>213 Blaine Avenue, Apt A<br>Seaside Heights, NJ 08751 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.