UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CGG 19-025702
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR WILMINGTON SAVINGS FUND
SOCIETY, FSB, AS TRUSTEE OF STANWICH
MORTGAGE LOAN TRUST I

In Re:

JENNIE A. TUMMINELLO,
                    DEBTOR

Order Filed on November 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-16297-CMG

Judge: HONORABLE CHRISTINE M. GRAVELLE

Chapter: 13

## CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: November 16, 2022

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by LOGS Legal Group LLP, Attorneys for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust I, hereinafter "Secured Creditor", upon the filing of a Certification of Default for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtor to make post-petition payments on a mortgage obligation, and due notice of said Certification having been given to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1.      As of November 2, 2022, Debtor is delinquent in post-petition payments for the months of April 1, 2022 through August 1, 2022 in the amount of $2,341.67 each, and the months of September 1, 2022 through and including November 1, 2022 in the amount of $2,258.81 each, less a suspense balance of $305.98, for a total post-petition delinquency amount of $18,178.80 due to the Secured Creditor.

2.      To cure part of the delinquency outlined in paragraph one (1) above, Debtor agrees to remit $11,402.37 directly to Secured Creditor within ten (10) days of entry of this Consent Order.

3.      To cure the remainder of the delinquency outlined in paragraphs one (1) and two (2) above, Debtor agrees to capitalize $6,776.43 to be paid through the remaining Chapter 13 Plan. *The Trustee shall amend his/her records to reflect same and set up on the Trustee's ledger.* The Debtor shall file a Modified Plan within fourteen (14) days of entry of this Consent Order to fund this capitalization of partial post-petition arrears in the amount of $6,776.43, *or the case will be dismissed upon motion of the Trustee, with notice to Debtor and Debtor's Counsel.*

4.      Starting December 1, 2022, Debtor shall maintain all contractually due post-petition payments, which currently amount to $2,258.81 monthly, directly to Secured Creditor.

5.      If the Debtor fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor's failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules.

We hereby consent to the form, content, and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                                          Date: __11-15-2022__

Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

Candyy Mith Ska                                                 Date: __11/14/22__

Candyce Ilene Smith-Sklar, Esquire
Attorney for the Debtor