| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Jennie A Tumminello<br><br><br>                                    Debtor(s) | Case No.: 19-16297 / CMG<br><br>Judge: Christine M. Gravelle<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 10/4/2023, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.


Dated:  10/4/2023                                                                                           /s/  Kierstyn Buchanan

                                                                                                                           Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Jennie A Tumminello<br>213 Blaine Avenue<br>Seaside Heights, NJ   08751 | Debtor(s) | Regular Mail |
| Candyce I. Smith-Sklar, Esq.<br>Law Offices of Sklar Smith-Sklar, LLC<br>1901 N. Olden Ave., Suite 22<br>Ewing,  NJ   08618-2111 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |