Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–16297–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jennie A Tumminello
213 Blaine Avenue
Seaside Heights, NJ 08751

Social Security No.:
xxx–xx–9646

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 11/1/23 at 09:00 AM

to consider and act upon the following:

**75** – Creditor's Certification of Default (related document:68 Consent Order) filed by Elizabeth L. Wassall on behalf of Wilmington Savings Fund Society, FSB, As Trustee Of Stanwich Mortgage Loan Trust I. Objection deadline is 10/17/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Certification Creditor's Certification of Default # 4 Certification Certification Regarding Payment History # 5 Exhibit Consent Order) (Wassall, Elizabeth)

Dated: 10/13/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court