Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−16297−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennie A Tumminello
   213 Blaine Avenue
   Seaside Heights, NJ 08751

Social Security No.:
   xxx−xx−9646

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on September 22, 2020.

   On October 19, 2023 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                December 6, 2023
Time:               10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 20, 2023
JAN: mmf

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jennie A Tumminello  
    Debtor

Case No. 19-16297-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: 185 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennie A Tumminello, 213 Blaine Avenue, Seaside Heights, NJ 08751-2312 |
| 518149057 | + | Allied Digestive Health, 187 Route 36, Suite 230, West Long Branch, NJ 07764-1306 |
| 518149063 | + | Bricktown Medical Group PA, 34 Lanes Mill Road, Brick, NJ 08724-7056 |
| 518149066 | + | ChaseHealthAdvance, Attn: Bankruptcy, 1717 Hermitage Blvd Ste 101, Tallahassee, FL 32308-7709 |
| 518149075 | + | ENT and Allergy Associates, LLP, PO Box 5001, White Plains, NY 10602-5001 |
| 518149076 | + | Gateway One Lending & Finance, 175 North Riverview Drive, Suite 100, Anaheim, CA 92808-1225 |
| 518149082 | + | NYU Transplant Associates-White Building, 317 East 34th St, 8th Flr, New York, NY 10016-4910 |
| 518149081 | + | New York University, PHysician Services, PO Box 415662, Boston, MA 02241-5662 |
| 518149084 | + | PNC Bank, c/o KML Law Group, PC, 216 Haddon Ave., STE 406, Collingswood, NJ 08108-2812 |
| 518149088 | | Stuart Lippman & Associ, 5441 E 5th St Ste 110, Tucson, AZ 85711 |
| 518149092 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 518149093 | + | Wells Fargo Bank, N.A., c/o Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 518149074 | + | eMedical Offices Middletown, PO Box 6143, Parsippany, NJ 07054-7143 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2023 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2023 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518149058 | + | Email/Text: bnc@alltran.com | Oct 20 2023 20:59:00 | Alltran Financial, P.O. Box 722929, Houston, TX 77272-2929 |
| 518149059 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 20:57:17 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 518251421 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 20:57:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518149060 | + | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 20:57:22 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518149061 | + | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 21:12:01 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518149062 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 20 2023 20:58:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518149064 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 21:11:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518173333 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2023 21:11:47 | Capital One Bank (USA), N.A., 4515 N Santa Fe |

| Recipient ID | Type | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Ave, Oklahoma City, OK 73118-7901 |
| 518149067 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 20:57:46 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518149068 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 20:56:40 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 518149069 | + | Email/Text: mediamanagers@clientservices.com | Oct 20 2023 20:58:00 | Client Services Incorporated, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 518149070 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2023 20:59:00 | Comenity Bank/New York & Company, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518149071 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2023 20:59:00 | Comenitycapital/lndclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518149072 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2023 21:11:44 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518149091 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 21:11:47 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518162267 | | Email/Text: mrdiscen@discover.com | Oct 20 2023 20:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518149073 | + | Email/Text: mrdiscen@discover.com | Oct 20 2023 20:58:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518149065 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 20 2023 20:56:19 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518274537 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 20:56:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518149077 | | Email/Text: camanagement@mtb.com | Oct 20 2023 20:59:00 | M&T Credit Services, Legal Document Processing, 1100 Wherle Dr, Williamsville, NY 14221 |
| 518149080 | ^ | MEBN | Oct 20 2023 20:44:33 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518149078 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2023 20:59:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518149079 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2023 20:59:00 | Midland Funding, 2365 Northside Drive STE 30, San Diego, CA 92108-2710 |
| 518236890 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2023 20:58:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518149083 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2023 20:58:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518149085 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2023 20:58:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518800468 | + | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2023 20:59:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC 98083-0788 |
| 518800467 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2023 20:59:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518205447 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2023 20:59:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518251454 | | Email/Text: bk@stuartlippman.com | Oct 20 2023 20:59:00 | Stuart Lippman & associ, 5447 E 5th St Ste 110, Tucson, AZ 85711 |
| 518149086 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 20 2023 21:00:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |

Case 19-16297-CMG   Doc 87   Filed 10/22/23   Entered 10/23/23 00:15:23   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: 185 | Total Noticed: 57 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518283902 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 20 2023 21:00:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518149087 | + | Email/Text: ssa.bankruptcy@ssa.gov | Oct 20 2023 20:59:00 | Social Security Adminstration, Office of Regional Commissioner, 26 Federal Plaza Rm 40-120, New York, NY 10278-4199 |
| 518151705 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 20:56:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518149089 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 20:57:38 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518149090 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 21:11:58 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 518272523 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 20 2023 21:12:04 | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 518256074 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 20 2023 21:11:53 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518149094 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 20 2023 21:11:55 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 518149095 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 20 2023 21:12:04 | Wells Fargo Home Mortgage, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |
| 519204369 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 20 2023 20:58:00 | Wilmington Savings Fund Society, FSB, as Trustee, c/o Carrington Mortgage Services, LLC, P.O. Box 3730, Anaheim, CA 92803-3730 |
| 519204370 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 20 2023 20:58:00 | Wilmington Savings Fund Society, FSB, as Trustee, c/o Carrington Mortgage Services, LLC, P.O. Box 3730, Anaheim, CA 92806, Wilmington Savings Fund Society, FSB, as, c/o Carrington Mortgage Services, LLC 92803-3730 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Oct 22, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Oct 20, 2023 | Form ID: 185 | Total Noticed: 57

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Jennie A Tumminello njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee Of Stanwich Mortgage Loan Trust I ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jeffrey Rappaport | on behalf of Creditor Wells Fargo Bank N.A. jrappaport@logs.com, njbankruptcynotifications@logs.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 11