Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−16297−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jennie A Tumminello
213 Blaine Avenue
Seaside Heights, NJ 08751

Social Security No.:
xxx−xx−9646

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 11, 2023.

Dated: December 11, 2023
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 19-16297-CMG

Jennie A Tumminello                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 4
Date Rcvd: Dec 11, 2023                      Form ID: plncf13                      Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennie A Tumminello, 213 Blaine Avenue, Seaside Heights, NJ 08751-2312 |
| r | + | Lisa Goetz, Weichert Realtors, 350 Nassau Street, Princeton, NJ 08540-4615 |
| 518149057 | + | Allied Digestive Health, 187 Route 36, Suite 230, West Long Branch, NJ 07764-1306 |
| 518149063 | + | Bricktown Medical Group PA, 34 Lanes Mill Road, Brick, NJ 08724-7056 |
| 518149066 | + | ChaseHealthAdvance, Attn: Bankruptcy, 1717 Hermitage Blvd Ste 101, Tallahassee, FL 32308-7709 |
| 518149075 | + | ENT and Allergy Associates, LLP, PO Box 5001, White Plains, NY 10602-5001 |
| 518149076 | + | Gateway One Lending & Finance, 175 North Riverview Drive, Suite 100, Anaheim, CA 92808-1225 |
| 518149082 | + | NYU Transplant Associates-White Building, 317 East 34th St, 8th Flr, New York, NY 10016-4910 |
| 518149081 | + | New York University, PHysician Services, PO Box 415662, Boston, MA 02241-5662 |
| 518149084 | + | PNC Bank, c/o KML Law Group, PC, 216 Haddon Ave., STE 406, Collingswood, NJ 08108-2812 |
| 518149088 | | Stuart Lippman & Associ, 5441 E 5th St Ste 110, Tucson, AZ 85711 |
| 518149092 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 518149093 | + | Wells Fargo Bank, N.A., c/o Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 518149074 | + | eMedical Offices Middletown, PO Box 6143, Parsippany, NJ 07054-7143 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 11 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 11 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518149058 | + | Email/Text: bnc@alltran.com | Dec 11 2023 20:56:00 | Alltran Financial, P.O. Box 722929, Houston, TX 77272-2929 |
| 518149059 | | Email/PDF: bncnotices@becket-lee.com | Dec 11 2023 21:16:56 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 518251421 | | Email/PDF: bncnotices@becket-lee.com | Dec 11 2023 21:16:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518149060 | + | Email/PDF: bncnotices@becket-lee.com | Dec 11 2023 21:16:58 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518149061 | + | Email/PDF: bncnotices@becket-lee.com | Dec 11 2023 21:16:34 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518149062 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 11 2023 20:56:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518149064 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2023 21:16:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518173333 | + | Email/PDF: ebn_ais@aisinfo.com | | |

District/off: 0312-3        User: admin        Page 2 of 4

Date Rcvd: Dec 11, 2023        Form ID: plncf13        Total Noticed: 58

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 11 2023 21:04:44 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518149067 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2023 21:16:43 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518149068 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2023 21:27:28 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 518149069 | + | Email/Text: mediamanagers@clientservices.com | Dec 11 2023 20:56:00 | Client Services Incorporated, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 518149070 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2023 20:56:00 | Comenity Bank/New York & Company, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518149071 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2023 20:56:00 | Comenitycapital/lndclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518149072 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2023 21:04:35 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518149091 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 11 2023 21:16:46 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518162267 | | Email/Text: mrdiscen@discover.com | Dec 11 2023 20:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518149073 | + | Email/Text: mrdiscen@discover.com | Dec 11 2023 20:56:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518149065 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 11 2023 21:16:53 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518274537 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2023 21:04:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518149077 | | Email/Text: camanagement@mtb.com | Dec 11 2023 20:56:00 | M&T Credit Services, Legal Document Processing, 1100 Wherle Dr, Williamsville, NY 14221 |
| 518149080 | ^ | MEBN | Dec 11 2023 20:56:35 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518149078 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 11 2023 20:57:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518149079 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 11 2023 20:57:00 | Midland Funding, 2365 Northside Drive STE 30, San Diego, CA 92108-2710 |
| 518236890 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 11 2023 20:56:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518149083 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 11 2023 20:56:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518149085 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 11 2023 20:56:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518800468 | + | Email/Text: bnc-quantum@quantum3group.com | Dec 11 2023 20:57:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC 98083-0788 |
| 518800467 | | Email/Text: bnc-quantum@quantum3group.com | Dec 11 2023 20:57:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518205447 | | Email/Text: bnc-quantum@quantum3group.com | Dec 11 2023 20:57:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518251454 | | Email/Text: bk@stuartlippman.com | Dec 11 2023 20:56:00 | Stuart Lippman & associ, 5447 E 5th St Ste 110, Tucson, AZ 85711 |
| 518149086 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 11 2023 20:57:00 | Santander Consumer USA, Attn: Bankruptcy, Po |

District/off: 0312-3                          User: admin                                   Page 3 of 4

Date Rcvd: Dec 11, 2023                     Form ID: plncf13                              Total Noticed: 58

| | | | Box 961245, Fort Worth, TX 76161-0244 |
|---|---|---|---|
| 518283902 | + Email/Text: enotifications@santanderconsumerusa.com | Dec 11 2023 20:57:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518149087 | + Email/Text: ssa.bankruptcy@ssa.gov | Dec 11 2023 20:56:00 | Social Security Adminstration, Office of Regional Commissioner, 26 Federal Plaza Rm 40-120, New York, NY 10278-4199 |
| 518151705 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2023 21:16:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518149089 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2023 21:16:37 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518149090 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2023 21:27:31 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 518272523 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 11 2023 21:27:20 | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 518256074 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 11 2023 21:17:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518149094 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 11 2023 21:06:11 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 518149095 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 11 2023 21:16:35 | Wells Fargo Home Mortgage, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |
| 519204369 | + Email/Text: BKBCNMAIL@carringtonms.com | Dec 11 2023 20:56:00 | Wilmington Savings Fund Society, FSB, as Trustee, c/o Carrington Mortgage Services, LLC, P.O. Box 3730, Anaheim, CA 92803-3730 |
| 519204370 | + Email/Text: BKBCNMAIL@carringtonms.com | Dec 11 2023 20:56:00 | Wilmington Savings Fund Society, FSB, as Trustee, c/o Carrington Mortgage Services, LLC, P.O. Box 3730, Anaheim, CA 92806, Wilmington Savings Fund Society, FSB, as, c/o Carrington Mortgage Services, LLC 92803-3730 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed**

District/off: 0312-3                          User: admin                                          Page 4 of 4
Date Rcvd: Dec 11, 2023                     Form ID: plncf13                             Total Noticed: 58

**below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Jennie A Tumminello njpalaw@gmail.com  r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Savings Fund Society  FSB, As Trustee Of Stanwich Mortgage Loan Trust I ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jeffrey Rappaport | on behalf of Creditor Wells Fargo Bank  N.A. jrappaport@logs.com, njbankruptcynotifications@logs.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |

TOTAL: 11