Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−16297−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennie A Tumminello
   213 Blaine Avenue
   Seaside Heights, NJ 08751

Social Security No.:
   xxx−xx−9646

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:   2/21/24
Time:   12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Candyce Ilene Smith−Sklar, Debtor's Attorney

COMMISSION OR FEES
fee: $5,500.00

EXPENSES
Expenses: $0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 16, 2024
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-16297-CMG
Jennie A Tumminello  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 4
Date Rcvd: Jan 16, 2024   Form ID: 137   Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennie A Tumminello, 213 Blaine Avenue, Seaside Heights, NJ 08751-2312 |
| r | + | Lisa Goetz, Weichert Realtors, 350 Nassau Street, Princeton, NJ 08540-4615 |
| 518149057 | + | Allied Digestive Health, 187 Route 36, Suite 230, West Long Branch, NJ 07764-1306 |
| 518149063 | + | Bricktown Medical Group PA, 34 Lanes Mill Road, Brick, NJ 08724-7056 |
| 518149066 | + | ChaseHealthAdvance, Attn: Bankruptcy, 1717 Hermitage Blvd Ste 101, Tallahassee, FL 32308-7709 |
| 518149075 | + | ENT and Allergy Associates, LLP, PO Box 5001, White Plains, NY 10602-5001 |
| 518149076 | + | Gateway One Lending & Finance, 175 North Riverview Drive, Suite 100, Anaheim, CA 92808-1225 |
| 518149082 | + | NYU Transplant Associates-White Building, 317 East 34th St, 8th Flr, New York, NY 10016-4910 |
| 518149081 | + | New York University, PHysician Services, PO Box 415662, Boston, MA 02241-5662 |
| 518149084 | + | PNC Bank, c/o KML Law Group, PC, 216 Haddon Ave., STE 406, Collingswood, NJ 08108-2812 |
| 518149088 | | Stuart Lippman & Associ, 5441 E 5th St Ste 110, Tucson, AZ 85711 |
| 518151705 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518149092 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 518149093 | + | Wells Fargo Bank, N.A., c/o Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 518149074 | + | eMedical Offices Middletown, PO Box 6143, Parsippany, NJ 07054-7143 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 16 2024 22:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 16 2024 22:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518149058 | + | Email/Text: bnc@alltran.com | Jan 16 2024 22:56:00 | Alltran Financial, P.O. Box 722929, Houston, TX 77272-2929 |
| 518149059 | | Email/PDF: bncnotices@becket-lee.com | Jan 16 2024 22:47:46 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 518251421 | | Email/PDF: bncnotices@becket-lee.com | Jan 16 2024 22:48:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518149060 | + | Email/PDF: bncnotices@becket-lee.com | Jan 16 2024 22:47:46 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518149061 | + | Email/PDF: bncnotices@becket-lee.com | Jan 16 2024 23:08:18 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518149062 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 16 2024 22:55:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519204369 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 16 2024 22:55:00 | Wilmington Savings Fund Society, FSB, as Trustee, c/o Carrington Mortgage Services, LLC, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | P.O. Box 3730, Anaheim, CA 92806 |
| 519204370 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 16 2024 22:55:00 | Wilmington Savings Fund Society, FSB, as Trustee, c/o Carrington Mortgage Services, LLC, P.O. Box 3730, Anaheim, CA 92806, Wilmington Savings Fund Society, FSB, as, c/o Carrington Mortgage Services, LLC |
| 518149064 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2024 22:47:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518173333 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2024 23:18:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518149067 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2024 22:48:10 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518149068 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2024 22:48:04 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 518149069 | + | Email/Text: mediamanagers@clientservices.com | Jan 16 2024 22:55:00 | Client Services Incorporated, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 518149070 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2024 22:58:00 | Comenity Bank/New York & Company, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518149071 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2024 22:58:00 | Comenitycapital/lndclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518149072 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 16 2024 22:47:44 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518149091 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2024 23:08:18 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518162267 | | Email/Text: mrdiscen@discover.com | Jan 16 2024 22:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518149073 | + | Email/Text: mrdiscen@discover.com | Jan 16 2024 22:55:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518149065 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 16 2024 23:08:21 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518274537 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2024 23:07:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518149077 | | Email/Text: camanagement@mtb.com | Jan 16 2024 22:57:00 | M&T Credit Services, Legal Document Processing, 1100 Wherle Dr, Williamsville, NY 14221 |
| 518149080 | ^ | MEBN | Jan 16 2024 22:30:08 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518149078 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2024 22:58:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518149079 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2024 22:58:00 | Midland Funding, 2365 Northside Drive STE 30, San Diego, CA 92108-2710 |
| 518236890 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2024 22:55:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518149083 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2024 22:55:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518149085 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2024 22:55:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518800468 | + | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2024 22:58:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC 98083-0788 |
| 518800467 | | Email/Text: bnc-quantum@quantum3group.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jan 16 2024 22:58:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518205447 | | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2024 22:58:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518251454 | | Email/Text: bk@stuartlippman.com | Jan 16 2024 22:57:00 | Stuart Lippman & associ, 5447 E 5th St Ste 110, Tucson, AZ 85711 |
| 518149086 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 16 2024 22:58:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518283902 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 16 2024 22:58:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518149087 | + | Email/Text: ssa.bankruptcy@ssa.gov | Jan 16 2024 22:57:00 | Social Security Adminstration, Office of Regional Commissioner, 26 Federal Plaza Rm 40-120, New York, NY 10278-4199 |
| 518149089 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2024 23:07:52 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518149090 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2024 23:07:54 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 518272523 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 16 2024 22:47:44 | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 518256074 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 16 2024 22:48:13 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518149094 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 16 2024 23:07:53 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 518149095 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 16 2024 22:48:00 | Wells Fargo Home Mortgage, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2024            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2024 at the address(es) listed below:

**Name**            **Email Address**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 16, 2024 | Form ID: 137 | Total Noticed: 58 |

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Candyce Ilene Smith-Sklar
    on behalf of Debtor Jennie A Tumminello njpalaw@gmail.com r56958@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee Of Stanwich Mortgage Loan Trust I ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Jeffrey Rappaport
    on behalf of Creditor Wells Fargo Bank N.A. jrappaport@logs.com, njbankruptcynotifications@logs.com

Kevin Gordon McDonald
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

TOTAL: 11