| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 19-16297 / CMG

Jennie A Tumminello

Petition Filed Date: 03/28/2019
341 Hearing Date: 05/09/2019
Confirmation Date: 08/07/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2023 | $1,000.00 | 500206667 | 04/12/2023 | $1,000.00 | 500207080 | 05/23/2023 | $900.00 | 28320017984 |
| 08/02/2023 | $900.00 | 5001899837 | 08/08/2023 | $500.00 | 19545348196 | 08/08/2023 | $400.00 | 19545348197 |
| 08/30/2023 | $900.00 | 500243235 | 11/07/2023 | $500.00 | 19596921601 | 11/07/2023 | $500.00 | 19596921602 |
| 12/19/2023 | $1,928.00 | | | | | | | |

**Total Receipts for the Period: $8,528.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $35,572.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jennie A Tumminello | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,699.35 | $0.00 | $5,699.35 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,145.27 | $0.00 | $1,145.27 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BAYSHORE | Unsecured Creditors | $150.00 | $0.00 | $150.00 |
| 4 | PNC BANK, NA<br>»»  NP/27 OAKWOOD PLACE/1ST MTG | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 5 | Stuart-Lippman and Associates, Inc<br>»»  MASSACHUSETTS MUTUAL LIFE INSURANCE | Unsecured Creditors | $1,014.30 | $0.00 | $1,014.30 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $1,879.19 | $0.00 | $1,879.19 |
| 7 | Wells Fargo Card Services | Unsecured Creditors | $1,388.19 | $0.00 | $1,388.19 |
| 8 | WILMINGTON SAVINGS FUND SOCIETY<br>»»  P/213 BLAINE AVE/1ST MTG/WELLS FARGO/CONSENT ORDER 11/30/23 | Mortgage Arrears<br>No Disbursements: Pending Sale / Refi | $31,745.41 | $19,194.90 | $12,550.51 |
| 9 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $692.70 | $0.00 | $692.70 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  2010 JEEP WRANGLER/SANTANDER/PAY IN FULL | Debt Secured by Vehicle | $18,086.72 | $7,624.89 | $10,461.83 |
| 11 | Midland Funding<br>»»  JUDGMENT DC-000269-17/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10010 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  2010 JEEP WRANGLER/CRAM BAL/SANTANDER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16297 / CMG**

| 12 | WILMINGTON SAVINGS FUND SOCIETY | Mortgage Arrears | $6,776.43 | $1,274.31 | $5,502.12 |
|---|---|---|---|---|---|
|  | »» 213 BLAINE AVE/PP ARREARS 11/16/22 | No Disbursements: Pending Sale / Refi |  |  |  |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,572.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $31,094.10 | Current Monthly Payment: | $450.00 |
| Paid to Trustee: | $2,709.92 | Arrearages: | ($1,478.00) |
| Funds on Hand: | $1,767.98 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

