| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **LAW OFFICE SKLAR SMITH-SKLAR**<br>1901 N. Olden Avenue, Suite 22<br>Ewing, NJ 08618<br>Tel: 609 882-9800<br>Fax: 609 538-1399<br>mail@njpalaw.com<br>Attorney for Debtor |
| In Re:<br><br>Jennie Tumminello,<br><br>Debtor |

Order Filed on February 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-16297-CMG

Hearing Date:  12/6/2024; 10:00am

Judge:  Christine M. Gravelle

### CONSENT ORDER EXTENDING THE DEADLINE FOR CLOSING

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 13, 2024**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The undersigned parties have consented to the following change in the anticipated closing date originally set forth in the Order Resolving Secured Creditor, Carrington Mortgage Services, LLC. Objection to Debtor's Chapter 13 Plan, Elizabeth Wassall, Esquire, appearing by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Candyce Smith-Sklar, Esquire, attorney for the Debtor, and the parties having reached an agreement, hereby consent to the entry of the within Consent Order as follows:

**ORDERED** that:

1. The deadline for closing on property located at 213 Blaine Ave., Seaside Heights, NJ 08751 is hereby extended to March 6, 2024:

2. The Debtor shall comply with the remaining terms and conditions as set forth in the Order Resolving Secured Creditor's Objection to Debtor's Chapter 13 Plan.

Dated: 2-1-2024

/s/Elizabeth L. Wassall
Elizabeth Wassall, Esquire
Attorney for secured creditor, Carrington Mortgage

Date: 1/30/2024

/s/ Candyce Smith-Sklar, Esq.
Candyce Smith-Sklar, Esquire
Attorney for Debtor, Jennie Tumminello