| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **LAW OFFICE SKLAR SMITH-SKLAR**<br>1901 N. Olden Avenue, Suite 22<br>Ewing, NJ 08618<br>Tel: 609 882-9800<br>Fax: 609 538-1399<br>mail@njpalaw.com<br>Attorney for Debtor | |



**Order Filed on February 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jennie Tumminello,

Debtor

Case No.: 19-16297-CMG

Hearing Date: 12/6/2024; 10:00am

Judge: Christine M. Gravelle

### CONSENT ORDER EXTENDING THE DEADLINE FOR CLOSING

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 13, 2024**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The undersigned parties have consented to the following change in the anticipated closing date originally set forth in the Order Resolving Secured Creditor, Carrington Mortgage Services, LLC. Objection to Debtor's Chapter 13 Plan, Elizabeth Wassall, Esquire, appearing by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Candyce Smith-Sklar, Esquire, attorney for the Debtor, and the parties having reached an agreement, hereby consent to the entry of the within Consent Order as follows:

**ORDERED** that:

1. The deadline for closing on property located at 213 Blaine Ave., Seaside Heights, NJ 08751 is hereby extended to March 6, 2024:

2. The Debtor shall comply with the remaining terms and conditions as set forth in the Order Resolving Secured Creditor's Objection to Debtor's Chapter 13 Plan.

Dated: 2-1-2024

/s/Elizabeth L. Wassall
Elizabeth Wassall, Esquire
Attorney for secured creditor, Carrington Mortgage

Date: 1/30/2024

/s/ Candyce Smith-Sklar, Esq.
Candyce Smith-Sklar, Esquire
Attorney for Debtor, Jennie Tumminello

United States Bankruptcy Court

District of New Jersey

In re:  
Jennie A Tumminello  
    Debtor

Case No. 19-16297-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Feb 13, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jennie A Tumminello, 213 Blaine Avenue, Seaside Heights, NJ 08751-2312 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo  
    docs@russotrustee.com

Albert Russo  
    on behalf of Trustee Albert Russo docs@russotrustee.com

Candyce Ilene Smith-Sklar  
    on behalf of Debtor Jennie A Tumminello njpalaw@gmail.com r56958@notify.bestcase.com

Denise E. Carlon  
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall  
    on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall  
    on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee Of Stanwich Mortgage Loan Trust I

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 13, 2024 | Form ID: pdf903 | Total Noticed: 1 |

ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Jeffrey Rappaport
    on behalf of Creditor Wells Fargo Bank  N.A. jrappaport@logs.com, njbankruptcynotifications@logs.com

Kevin Gordon McDonald
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 11