UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Captioned in Compliance with D.N.J. LBR 9004-1(b)

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Phone: (609) 882-9800   Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.
*Attorney for Debtor*

In Re:

**Jennie A. Tumminello,**

**Debtor**



Order Filed on March 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   19-16297-CMG

Hearing Date:   3/6/2024; 9:00am

Judge:   Hon., ~~Christine M. Gravelle~~

Chapter         13

# ORDER AUTHORIZING
# SALE OF REAL PROPERTY

Recommended Local Form:   **X**   Followed        ___   Modified

The relief set forth on the following pages numbered two (2) through three (3)  is **ORDERED.**

**DATED: March 6, 2024**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

After review of the Debtor's motion for authorization to sell the real property commonly known as 213 Blaine Avenue, Seaside Heights, NJ 08751. (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order.  Until such satisfaction the real property is not free and clear of liens.

3. ☒    In accordance with D.N.J. LBR 6004-5,  the *Notice of Proposed Private Sale* included  a request to pay the real estate broker and debtor's real estate attorney at closing.  Therefore the following professional(s) may be paid at closing.

| Name: of professional: Candyce Smith-Sklar, Esq.<br>Amount to be paid:     $1,100.00<br><br>Services rendered:   Review contract, prepare<br>                                      Addendum to Contract of Sale<br>                                      Obtain payoffs, research<br>                                      Liens to determine if satisfied<br>                                      and all document preparation<br>                                      for closing | Lisa Goetz, SR<br>5.5% Commission due Listing Agent/Buyer's Agent<br><br>List Property, Secure Buyer<br>Prepare documents,<br>Close Title, title search |
|---|---|

**OR:**   ☐   Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $ __25,150.00__ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the __ *balance due on the debtor's Chapter 13 Plan* shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Standing Trustee Seven (7) days after closing.

8. ☒ The debtor shall file a modified Chapter 13 Plan within 21 days of the date of this Order.

9. Other provisions:

   a. Within 14 days of the date of the Order, Debtor shall file an amended schedule C and J with the Court;

   b. The debtor's counsel be allowed a legal fee of $800.00 for representation in connection with this motion and upon filing of a fee application:

   _____ at closing        __X__ through the Plan        _____ outside the plan;

   c. The debtor's real estate attorney, Candyce Smith-Sklar, will receive a fee of $1,100 for representation of Debtor at closing; and

   d. The mortgage held by Wells Fargo Bank shall be fully satisfied with the proceeds of the sale and the lien shall remain on the Property only until such time as a full payoff is received.