UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-16297 |
|---|---|---|
| Jennie A. Tumminello | Chapter: | 13 |
| Debtor | Judge: | Christine M. Gravelle |

## NOTICE OF PROPOSED PRIVATE SALE

__Candyce Smith-Sklar, Esq.__, __attorney for Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
> CLERK UNITED STATES BANKRUPTCY COURT
> CLARKSON S. FISHER FED. COURTHOUSE
> 402 E. STATE STREET, ROOM 3
> TRENTON, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __May 1, 2024__ at __9__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 E. State Street, Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 213 Blaine Ave., Seaside Heights, NJ 08751

Proposed Purchaser:
> Arthur and Angela Longo
> 1 Old Mill Rd.,
> Florham Park, NJ 07932

Sale price:
$527,000 (Five Hundred and Twenty-seven Thousand Dollars)

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Sklar Smith-Sklar, Esq. |
|---|---|
| Amount to be paid: | $1100.00 |
| Services rendered: | Review contract, prepare addendum to Contract of Sale obtained payoffs, research liens to determine if satisfied and document preparation for closing. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Candyce Smith-Sklar, Esq., c/o Law Offices of Sklar Smith-Sklar, LLC

Address: 1901 N. Olden Avenue, Suite 22, Ewing, NJ 08618

Telephone No.: (609) 882-9800  Fax: (609) 538-1399  email: mail@njpalaw.com

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-16297-CMG
Jennie A Tumminello  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 4
Date Rcvd: Mar 25, 2024    Form ID: pdf905    Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennie A Tumminello, 213 Blaine Avenue, Seaside Heights, NJ 08751-2312 |
| r | + | Lisa Goetz, Weichert Realtors, 350 Nassau Street, Princeton, NJ 08540-4615 |
| 518149057 | + | Allied Digestive Health, 187 Route 36, Suite 230, West Long Branch, NJ 07764-1306 |
| 518149063 | + | Bricktown Medical Group PA, 34 Lanes Mill Road, Brick, NJ 08724-7056 |
| 518149066 | + | ChaseHealthAdvance, Attn: Bankruptcy, 1717 Hermitage Blvd Ste 101, Tallahassee, FL 32308-7709 |
| 518149075 | + | ENT and Allergy Associates, LLP, PO Box 5001, White Plains, NY 10602-5001 |
| 518149076 | + | Gateway One Lending & Finance, 175 North Riverview Drive, Suite 100, Anaheim, CA 92808-1225 |
| 518149082 | + | NYU Transplant Associates-White Building, 317 East 34th St, 8th Flr, New York, NY 10016-4910 |
| 518149081 | + | New York University, PHysician Services, PO Box 415662, Boston, MA 02241-5662 |
| 518149084 | + | PNC Bank, c/o KML Law Group, PC, 216 Haddon Ave., STE 406, Collingswood, NJ 08108-2812 |
| 518149088 | | Stuart Lippman & Associ, 5441 E 5th St Ste 110, Tucson, AZ 85711 |
| 518151705 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518149092 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 518149093 | + | Wells Fargo Bank, N.A., c/o Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 518149074 | + | eMedical Offices Middletown, PO Box 6143, Parsippany, NJ 07054-7143 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 25 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 25 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518149058 | + | Email/Text: bnc@alltran.com | Mar 25 2024 20:54:00 | Alltran Financial, P.O. Box 722929, Houston, TX 77272-2929 |
| 518149059 | | Email/PDF: bncnotices@becket-lee.com | Mar 25 2024 21:05:15 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 518251421 | | Email/PDF: bncnotices@becket-lee.com | Mar 25 2024 21:04:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518149060 | + | Email/PDF: bncnotices@becket-lee.com | Mar 25 2024 21:05:18 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518149061 | + | Email/PDF: bncnotices@becket-lee.com | Mar 25 2024 21:05:18 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518149062 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 25 2024 20:53:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519204369 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 25 2024 20:53:00 | Wilmington Savings Fund Society, FSB, as Trustee, c/o Carrington Mortgage Services, LLC, |

| | | | | |
|---|---|---|---|---|
| | | | | P.O. Box 3730, Anaheim, CA 92806 |
| 519204370 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 25 2024 20:53:00 | Wilmington Savings Fund Society, FSB, as Trustee, c/o Carrington Mortgage Services, LLC, P.O. Box 3730, Anaheim, CA 92806, Wilmington Savings Fund Society, FSB, as, c/o Carrington Mortgage Services, LLC |
| 518149064 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2024 21:15:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518173333 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 25 2024 21:15:52 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518149067 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2024 21:04:42 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518149068 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2024 21:15:49 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 518149069 | + | Email/Text: mediamanagers@clientservices.com | Mar 25 2024 20:53:00 | Client Services Incorporated, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 518149070 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2024 20:54:00 | Comenity Bank/New York & Company, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518149071 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2024 20:54:00 | Comenitycapital/lndclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518149072 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 25 2024 21:04:38 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518149091 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2024 21:05:10 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518162267 | | Email/Text: mrdiscen@discover.com | Mar 25 2024 20:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518149073 | + | Email/Text: mrdiscen@discover.com | Mar 25 2024 20:53:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518149065 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2024 21:04:36 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518274537 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2024 21:04:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518149077 | | Email/Text: camanagement@mtb.com | Mar 25 2024 20:54:00 | M&T Credit Services, Legal Document Processing, 1100 Wherle Dr, Williamsville, NY 14221 |
| 518149080 | ^ | MEBN | Mar 25 2024 20:50:42 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518149078 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2024 20:54:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518149079 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2024 20:54:00 | Midland Funding, 2365 Northside Drive STE 30, San Diego, CA 92108-2710 |
| 518236890 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2024 20:53:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518149083 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2024 20:53:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518149085 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2024 20:53:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518800468 | + | Email/Text: bnc-quantum@quantum3group.com | Mar 25 2024 20:54:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC 98083-0788 |
| 518800467 | | Email/Text: bnc-quantum@quantum3group.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518205447 | | Email/Text: bnc-quantum@quantum3group.com | Mar 25 2024 20:54:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| | | | Mar 25 2024 20:54:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518251454 | | Email/Text: bk@stuartlippman.com | Mar 25 2024 20:54:00 | Stuart Lippman & associ, 5447 E 5th St Ste 110, Tucson, AZ 85711 |
| 518149086 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2024 20:55:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 518283902 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2024 20:55:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518149087 | + | Email/Text: ssa.bankruptcy@ssa.gov | Mar 25 2024 20:54:00 | Social Security Adminstration, Office of Regional Commissioner, 26 Federal Plaza Rm 40-120, New York, NY 10278-4199 |
| 518149089 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 25 2024 21:04:42 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518149090 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 25 2024 21:05:36 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 518272523 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 25 2024 21:15:58 | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 518256074 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 25 2024 21:04:44 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518149094 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 25 2024 21:15:47 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 518149095 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 25 2024 21:15:47 | Wells Fargo Home Mortgage, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2024 at the address(es) listed below:**

**Name**        **Email Address**

Case 19-16297-CMG    Doc 119    Filed 03/27/24    Entered 03/28/24 00:14:43    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2024 | Form ID: pdf905 | Total Noticed: 58 |

| | |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Jennie A Tumminello njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee Of Stanwich Mortgage Loan Trust I ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jeffrey Rappaport | on behalf of Creditor Wells Fargo Bank N.A. jrappaport@logs.com, njbankruptcynotifications@logs.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 11