| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Law Office of Sklar Smith-Sklar, LLC<br>1901 N. Olden Avenue, Suite 22<br>Ewing, NJ 08618<br>Tel: 609 882-9800<br>Fax: 609 538-1399<br>Attorney for Debtor | Order Filed on May 1, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Jennie Tumminello | Case No:19-16297-CMG<br><br>Hearing: 5/1/24 at 9:00am<br><br>Judge: Christine M. Gravelle |

# ORDER ALLOWING CONTINUED ADMINISTRATION

# OF THE CHAPTER 13 BANKRUPTCY CASE

The relief set fort on the following pages, numbered two (2) through two is ORDERED.

**DATED: May 1, 2024**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

THIS MATTER comes before the Court upon the Notice by Dominic Tumminello , the representative of the debtor, that the above referenced debtor,  Jennie Tumminello , died on 1/27/2024 , and Motion requesting an Order of this Court allowing the continued administration of the bankruptcy case pursuant to F.R.B.P. 1016.  The petition under Chapter 13 was filed on March 28, 2019   . The Chapter 13 plan was confirmed on August 12, 2019   . The Movant asserts that there is an adequate source of funding to allow a continuation of the payments pursuant to the confirmed plan, from the executor, Dominic Tumminello

NOW, THEREFORE, upon good cause shown,

IT IS HEREBY ORDERED that th continued administration of the bankruptcy case is permitted, and the case will continue, pursuant to F.R.B.P. 1016.