

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Law Office of Sklar Smith-Sklar, LLC<br>1901 N. Olden Avenue, Suite 22<br>Ewing, NJ 08618<br>Tel: 609 882-9800<br>Fax: 609 538-1399<br>Attorney for Debtor |
| In Re:<br>Jennie Tumminello |

Order Filed on May 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:19-16297-CMG

Hearing: 5/1/24 at 9:00am

Judge: Christine M. Gravelle

# ORDER ALLOWING CONTINUED ADMINISTRATION

# OF THE CHAPTER 13 BANKRUPTCY CASE

The relief set fort on the following pages, numbered two (2) through two is ORDERED.

**DATED: May 1, 2024**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

THIS MATTER comes before the Court upon the Notice by Dominic Tumminello , the representative of the debtor, that the above referenced debtor,   Jennie Tumminello , died on 1/27/2024 , and Motion requesting an Order of this Court allowing the continued administration of the bankruptcy case pursuant to F.R.B.P. 1016.  The petition under Chapter 13 was filed on March 28, 2019   . The Chapter 13 plan was confirmed on August 12, 2019    . The Movant asserts that there is an adequate source of funding to allow a continuation of the payments pursuant to the confirmed plan, from the executor, Dominic Tumminello

NOW, THEREFORE, upon good cause shown,

IT IS HEREBY ORDERED that th continued administration of the bankruptcy case is permitted, and the case will continue, pursuant to F.R.B.P. 1016.

United States Bankruptcy Court
District of New Jersey

In re:  
Jennie A Tumminello  
    Debtor

Case No. 19-16297-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: May 01, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jennie A Tumminello, 213 Blaine Avenue, Seaside Heights, NJ 08751-2312 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Jennie A Tumminello njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Savings Fund Society FSB, As Trustee Of Stanwich Mortgage Loan Trust I ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 01, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Jeffrey Rappaport
    on behalf of Creditor Wells Fargo Bank  N.A. jrappaport@logs.com, njbankruptcynotifications@logs.com

Kevin Gordon McDonald
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 11